Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br> HEATHER LUURS, an individual; <br> LUCY KURIA, an individual; <br> LIANG DENG, an individual; <br> SUSAN DEWLAD, an individual; <br> MOSSER VALERIE, an individual; <br> CORNEL ARDELEANU, an individual; <br> VANCE BAUNE, an individual; <br> JOSHUA LEWIS, individual; <br> NIV ROHASH, an individual; <br> JOSEPH DAVID ORNDONEZ, an individual; <br> KRISTIN WHITE, an individual; <br> RODEL ESTIOCO, an individual; <br> BLESSINGS KAMBALA, an individual; <br> GREGORIO DEGUZMAN, an individual; <br> and <br> MARIO ALCZAR, an individual, <br><br> Defendants. | Civil Action No. 16-cv-1352RAJ <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE OF GREGORIO DEGUZMAN (DOE 15) |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed to (a) cease directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *Criminal*, Copyright Registration No. PA 1-984-029, including without limitation by using the Internet to reproduce, copy, distribute

STIPULATION OF DISMISSAL
Civil Action No. 16-cv-1352RAJ
INIP-6-0053P07 SDMISS - Doe 15

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *Criminal* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES^PLLC<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Plaintiff* | s/Katrina Brede, WSBA No. 50,672<br>katbrede@gmail.com<br>5315 32nd Ave S.<br>Seattle, WA 98118<br>T: 206.383.5289<br><br>*Attorneys for Defendant* |

STIPULATION OF DISMISSAL - 2

Civil Action No. 16-cv-1352RAJ
INIP-6-0053P07 SDMISS - Doe 15

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301